An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN NEVADA WATER AUTHORITY; JASON KING, P.E., IN HIS OFFICIAL CAPACITY AS THE NEVADA STATE ENGINEER; AND NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES,
Petitioners,
vs.
THE SEVENTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WHITE PINE; AND THE HONORABLE ROBERT E. ESTES,
Respondents,
and
MILLARD COUNTY, UTAH; ET AL.,
Real Parties in Interest.

No. 65775

**FILED**

MAY 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION
FOR WRIT OF MANDAMUS OR PROHIBITION*

This petition for a writ of mandamus or prohibition challenges a district court order remanding a water law decision to the State Engineer for additional proceedings. Having reviewed the petition and other briefs before this court, we conclude that petitioners have an adequate legal remedy in the form of a petition for judicial review, or subsequent appeal, from any adverse decision on remand. *See* NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (explaining that the right to appeal is generally an adequate legal remedy precluding writ relief); *see also* NRS

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15685

533.450(1) and (9) (governing appeal rights in water law cases). Accordingly, writ relief is precluded, and we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                                        Douglas

_____, J.          _____, J.
Cherry                                             Saitta

_____, J.          _____, J.
Gibbons                                            Pickering


cc:    Hon. Robert E. Estes, Senior Judge
       Attorney General/Carson City
       Dana R. Walsh
       Lewis Roca Rothgerber LLP/Las Vegas
       Taggart & Taggart, Ltd.
       Gregory J. Walch
       Weinstein, Pinson & Riley
       Alexander, Berkey, Williams & Weathers LLP
       Iris Thornton
       J. Mark Ward
       Rhodes Law Office, Ltd.
       Lionel Sawyer & Collins/Las Vegas
       Echo Hawk Law Office
       Kaempfer Crowell/Reno
       Simeon M. Herskovits
       Holland & Hart LLP/Reno
       O'Reilly Law Group
       McCracken, Stemerman & Holsberry
       White Pine County Clerk